The People of the State of New York ex rel. Louis L. Lorillard, Respondent, v. Edward P.

Barker and Others, Commissioners, etc., Appellants.— Order modified by reversing that part of the same which awards costs, and as modified affirmed, without costs.

Appeal by the respondents, Edward P. Barker and others, individually and as commissioners of taxes and assessments, from so much of an order of the Supreme Court, made at the New York Special Term, and entered in the office of the clerk of the county of New York on the 21st day of July, 1893, as orders that the relator above named have $113.10 costs of this proceeding against the respondents personally. ·

Per Curiam:    There being no evidence that the appellants acted with gross negligence, in bad faith or with malice, the court below should not have awarded costs. Order appealed from modified by reversing that part of the same which awards costs, and as modified affirmed, without costs.